# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156688

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

CHARLES WILLIAM WOOD,
      Defendant-Appellee.

_____/

SC: 156688
COA: 331462
Oakland CC: 2015-255591-FH

      On order of the Chief Justice, the Oakland Circuit Court, in accordance with Administrative Order 2003-03, shall determine whether the defendant is indigent and, if so, to appoint counsel to represent the defendant in this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2018



Clerk